UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-CV-725 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| DESERT PINES VILLAS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is defendant SFR Investment Pool 1, LLC's motion for demand for security of costs. (Doc. # 6).

Defendant asks that plaintiff, as a foreign corporation and non-resident of Nevada, be required pursuant to NRS § 18.130 to file security of costs in the amount of $500.00 for defendant's costs and charges which may be awarded in this case. (Doc. # 6). "It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev. 2012) (*citing Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

Accordingly, with good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant SFR Investment Pool 1, LLC's motion for demand for security of costs (doc. # 6) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff Bank of America, N.A. shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR Investment Pool 1, LLC within seven (7) days of the entry of this order.

DATED April 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -