# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
|                 Plaintiff(s), | ) Case No. 2:16-cv-00725-JCM-NJK |
| vs. | ) ORDER |
| DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, et al., | ) (Docket No. 25) |
|                 Defendant(s). | ) |

      Pending before the Court is Defendant SFR Investment Pools 1, LLC's ("Defendant") motion to strike Plaintiff's demand for security costs pursuant to NRS 18.130(1). Docket No. 25. Plaintiff filed a response, and Defendant filed a reply. Docket Nos. 26, 27. The Court finds this matter properly resolved without oral argument. *See* LR 78-1.

      On June 2, 2016, Plaintiff filed a motion for demand for security costs. Docket No. 18. That filing characterizes Defendant as an out-of-state resident and, therefore, demands that Defendant post a cost bond pursuant to NRS 18.130(1). *Id.* at 1-3. Defendant failed to respond to that motion. *See* Docket.

      On June 14, 2016, Defendant filed the motion to strike presently before the Court. Docket No. 25. Defendant asks the Court to strike Plaintiff's demand for security costs as a fugitive document because, it claims, the motion distorts both the facts and Nevada law. *Id.* at 3.

Federal courts disfavor motions to strike. *Holt v. U.S. Bank N.A.*, 2012 WL 1898895, *1 (D. Nev. May 23, 2012). "[M]otions to strike should not be granted unless it is clear that the matter to be stricken could have no possible bearing on the subject matter of the litigation." *Id*. (quoting *Colaprico v. Sun Microsystems, Inc.*, 758 F.Supp. 1335, 1339 (N.D. Cal. 1991)). "Whether to grant a motion to strike lies within the sound discretion of the district court." *Roadhouse v. Las Vegas Metro. Police Dep't*, 290 F.R.D. 535, 543 (D. Nev. 2013)

Defendant cites no authority to support its contention that filings containing differing views of the law and facts must be stricken as a "fugitive document." *See, e.g.*, Docket No. 25 at 3. Defendant's failure to cite authority supporting its argument is, in itself, fatal. LR 7-2(d). In any event, the Court cannot find that reasonable disagreements regarding the law and facts are sufficient to support the request to strike. *Holt*, 2012 WL 1898895 at *1 (finding contention that party "distorted reality" was insufficient to strike filing).

Accordingly, Defendant's motion to strike, Docket No. 25, is **DENIED**.

IT IS SO ORDERED.

DATED: July 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge