# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | 2:16-cv-00725-JCM-NJK |
| Plaintiff, | ) | ORDER RE: MOTION TO FILE EXCESS PAGES |
| vs. | ) | (Docket No. 34) |
| DESERT PINES VILLAS HOMEOWNERS ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant Alessi & Koenig's Motion for Leave of Court to File Excess Pages. Docket No. 34. Defendant submits that it needs to include a total of 49 pages, more than double the allowed page limit, in its motion for designation of non-monetary status in order to fully brief the complex legal issues that the case presents. Defendant in fact also filed a motion for non-monetary status, Docket No. 36, in excess of the page limit, despite the absence of an Order as to its prior motion. In reviewing the motion, the Court finds that the issues do not require 49 pages to brief.

Accordingly, Defendant's motion for leave of court to file excess pages, Docket No. 34, is **GRANTED** in part and **DENIED** in part. The Court grants leave to Defendant to file up to 30 pages in support of its motion for non-monetary status. The motion at Docket No. 36 is hereby **STRICKEN**. Defendant may re-file it, with no more than 30 pages, no later than September 6, 2016.

IT IS SO ORDERED.

Dated: August 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge