# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>    Plaintiff,<br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 2:16-cv-00725-JCM-NJK<br><br>ORDER<br><br>(Docket No. 42) |

    Pending before the Court is Defendants' Joint Emergency Motion to Stay Briefing and/or Litigation. Docket No. 42. A response to this motion must be filed no later than October 5, 2016. Any reply must be filed no later than October 7, 2016.

    IT IS SO ORDERED.

    Dated: October 3, 2016

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge