1  JACQUELINE A. GILBERT, ESQ.
   Nevada Bar No. 10593
2  E-mail: jackie@kgelegal.com
   DIANA CLINE EBRON, ESQ.
3  Nevada Bar No. 10580
   E-mail: diana@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12  BANK OF AMERICA, N.A., SUCCESSOR        Case No. 2:16-cv-00725-JCM-NJK
    BY MERGER TO BANA HOME LOANS
13  SERVICING, LP FKA COUNTRYWIDE          **STIPULATION AND ORDER TO**
    HOME LOANS SERVICING, LP,               **EXTEND TIME TO FILE RESPONSE TO**
14                                          **MOTION FOR SUMMARY JUDGMENT**
                 Plaintiff,                 **[ECF No. 41]**
15
    vs.                                     **(First Request)**
16
    DESERT PINE VILLAS HOMEOWNERS
17  ASOCIATION; SFR INVESTMENTS POOL
    1, LLC; and ALESSI & KOENIG, LLC,
18
                 Defendants.
19

20  SFR INVESTMENTS POOL 1, LLC,

21                 Counter/Cross Claimant,

22  vs.

23  BANK OF AMERICA, N.A., SUCCESSOR
    BY MERGER TO BANA HOME LOANS
24  SERVICING, LP FKA COUNTRYWIDE
    HOME LOANS SERVICING, LP; and JANET
25  ROBITAILLE, an individual,

26                 Counter/ Cross Defendants.

27  ///

28

*KIM GILBERT EBRON*
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

                              - 1 -

1       IT IS HEREBY STIPULATED between Plaintiff/Counter-Defendant, BANK OF

2  AMERICA, N.A., SUCCESSOR BY MERGER TO BANA HOME LOANS SERVICING, LP

3  FKA COUNTRYWIDE HOME LOANS SERVICING, LP (the "Bank") and Defendant/ Counter-

4  claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through their undersigned counsel,

5  to extend the deadline for SFR to file a Response to the Bank's Motion for Summary Judgment

6  [ECF No. 41], filed on September 27, 2016, a response which is currently due on October 21,

7  2016, to 60 days after an order is entered on the Bank's Emergency Motion for Protection from its

8  30(b)(6) Deposition and Motion for Sanctions [ECF Nos. 46, 47]. This is intended to allow sensible

9  scheduling of the deposition once the motion is decided, with a reasonable opportunity for SFR to

10  incorporate deposition testimony in its response to the motion. SFR also recently served written

11  discovery on September 21, 2016, and responses are not yet due.

12       The parties are still engaging in discovery. Rather than engage in what may become

13  unnecessary motion practice at the time and expense of the parties and judicial resources, this

14  request is being made to allow time for resolution of said discovery.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1   This is SFR's first request for an extension and is not intended to cause any delay or

2   prejudice to any party.

3   DATED this 18th day of October, 2016.     DATED this 18th day of October, 2016.

4   **KIM GILBERT EBRON**                    **AKERMAN, LLP**

5
6   /s/ Diana Cline Ebron                     /s/ Darren T. Brenner
    Diana Cline Ebron, Esq.                   Darren T. Brenner, Esq.
    Nevada Bar No. 10580                      Nevada Bar No. 8386
7   7625 Dean Martin Drive, Suite 110         Melanie D. Morgan, Esq.
    Las Vegas, Nevada 89139                   Nevada Bar No. 8215
8   Phone: (702) 485-3300                     Tenesa S. Scaturro, Esq.
    Fax:   (702) 485-3301                     Nevada Bar No. 12488
9   Attorneys for SFR Investments Pool 1, LLC  Allison R. Schmidt, Esq.
                                              Nevada Bar No. 10743
10                                            1160 Town Center Drive, Suite 330
                                              Las Vegas, Nevada 89144
11                                            Phone: (702) 634-5000
                                              Fax:   (702) 380-8572
12                                            Attorneys for Bank of America, N.A.,
                                              Successor by Merger to BANA Home Loans
13                                            Servicing, LP fka Countrywide Home Loans
                                              Servicing, LP
14

15                                  **ORDER**

16
17      IT IS SO ORDERED.

18      Dated  October 19, 2016.

19

20      _____
        UNITED STATES DISTRICT JUDGE

21   Respectfully submitted by:

22   **KIM GILBERT EBRON**

23   /s/ Diana Cline Ebron
24   Diana Cline Ebron, Esq.
     Nevada Bar No. 10580
25   7625 Dean Martin Drive, Suite 110
     Las Vegas, Nevada 89139
26   Attorneys for SFR Investments Pool 1, LLC

27

28

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301