ROBERT ENGLISH. ESQ.
Nevada Bar No. 003504
6750 Via Austi Parkway, Suite 310
Las Vegas, NV  89119
Phone: (702) 733-4989, Ext. 51575
Fax: (877) 888-1396
renglish@amfam.com
*Attorney for Desert Pine Villas Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.  2:16-cv-00725-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF NO.41]**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC.<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BANA HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JANET ROBITAILLE, an individual,<br><br>Counter/ Cross Defendants. | |

1

IT IS HEREBY STIPULATED between Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BANA HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP (the "Bank") and Defendants DESERT PINE VILLA HOMEOWNERS ASSCOATION ("Desert Pine") and ALESSI & KOENIG, LLC ("A&K"), by and through their undersigned counsel, to extend the deadline for Desert Pine and A&K to file their Responses to the Bank's Motion for Summary Judgment [ECF No. 41], filed on September 27, 2016, a response which is currently due on October 21, 2016, to 60 days after an order is entered on the Bank's Emergency Motion for Protection from its 30(b)(6) Deposition and Motion for Sanctions [ECF Nos. 46, 47]. This is intended to allow sensible scheduling of the deposition once the motion is decided, with a reasonable opportunity for all defendants to incorporate deposition testimony in their responses to the motion.

The parties are still engaging in discovery. Rather than engage in what may become unnecessary motion practice at the time and expense of the parties and judicial resources, this request is being made to allow time for resolution of said discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is Desert Pine's and A&K's first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 20th day of October, 2016.

| | |
|---|---|
| **AMERICAN FAMILY INSURANCE** | **AKERMAN, LLP** |
| //s// Robert L. English | //s// Tenesa S. Scaturro |
| Robert L. English, Esq. | Tenesa S. Scaturro, Esq. |
| Nevada Bar No. 3504 | Nevada Bar No. 12488 |
| 6750 Via Austi Parkway, Ste. 310 | Melanie D. Morgan, Esq. |
| Las Vegas, NV 89119 | Nevada Bar No. 8215 |
| *Attorney for Desert Pine Villas Homeowners Association* | 1160 Town Center Drive Suite 330 |
| | Las Vegas, NV 89144 |
| | *Attorneys for Bank of America, N.A., Successor by Merger to BANA Home Loans Servicing, LP fka Countrywide Home Loans* |
| **ALESSI & KOENING, LLC** | |
| //s// Steven T. Loizzi | |
| Steven T. Loizzi, Esq. | |
| Nevada Bar No 10920 | |
| 9500 W. Flamingo Road, Ste. 205 | |
| Las Vegas, NV 89147 | |
| *Attorneys for Alessi & Koenig, LLC* | |

## ORDER

IT IS SO ORDERED.

Dated October 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

//s// Robert L. English
Robert L. English, Esq.
Nevada Bar No. 3504
6760 Via Austi Parkway, Ste. 310
Las Vegas, NV 89119
*Attorney for Desert Pine Villas Homeowners Association*

3