1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                            **DISTRICT OF NEVADA**

6

7    BANK OF AMERICA, N.A.,                    )
                                               )    Case No. 2:16-cv-00725-JCM-NJK
                          Plaintiff(s),        )
8                                              )    ORDER
                                               )
9    vs.                                       )
                                               )    (Docket No. 42)
10   DESERT PINE VILLAS HOMEOWNERS             )
     ASSOCIATION, et al.,                      )
11                                             )
                                               )
12                        Defendant(s).        )
                                               )
13   _____ )

14        Pending before the Court is Defendants' joint motion to stay pending the Ninth Circuit's

15   mandate in *Bourne Valley*. Docket No. 42. On November 4, 2016, the Ninth Circuit denied

16   counsel for Bourne Valley's petition for rehearing or rehearing *en banc*. *See* Case No. 15-15233,

17   D.C. No. 2:13-cv-00649-JCM-GWF. The Court therefore **ORDERS** the parties to submit

18   supplemental briefing discussing whether this recent development moots the pending motion to

19   stay, no later than November 16, 2016.

20        IT IS SO ORDERED.

21        DATED:  November 14, 2016

22

23                                             _____
                                               NANCY J. KOPPE
                                               United States Magistrate Judge
24

25

26

27

28