JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
*fka* HOWARD KIM & ASSOCIATES
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89138
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BANA HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00725-JCM-NJK<br><br>**SFR INVESTMENTS POOL 1, LLC's RESPONSE TO ORDER [ECF NO. 57]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BANA HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and JANET ROBITAILLE, an individual,<br><br>Counter/ Cross Defendants. | |

- 1 -

**RESPONSE TO ORDER [ECF NO. 57]**

SFR Investments Pool 1, LLC ("SFR") hereby responds to this Court's November 14, 2016, Order. ECF No. 57. The Order sought "supplemental briefing discussing whether this recent development [i.e. the Ninth Circuit's denial of rehearing in *Bourne Valley*] moots the pending motion to stay . . . ." *Id.* at 1:18-19. The pending Joint Motion to Stay requested "a stay of the briefing on the current motions and/or a stay of the litigation pending the resolution of all appeals in *Bourne Valley*." ECF No. 42, 3:7-8. Also, the Declaration in Support of the Joint Motion stated that "it is in the interest of judicial economy, and client time and resources, to seek this stay pending a resolution of the *Bourne Valley* appellate process." ECF No. 42-1, 2:14-15 (¶15). In sum, the Joint Motion requested a stay "pending the resolution of all appeals in *Bourne Valley*." ECF No. 42, 3:8. If the relief that the Joint Motion seeks (i.e. a stay pending the "resolution of all appeals") is still available, then the Joint Motion is not moot.

Here, the requested relief is still available because the Ninth Circuit's denial of rehearing does not resolve "all appeals in *Bourne Valley*." ECF No. 42, 3:7-8. To the contrary, the next step in the appellate process is a Motion to Stay the Mandate, followed by a Petition for a Writ of Certiorari with the United States Supreme Court. *See generally* FED. R. APP. P. 41(d)(2) (discussing motions to stay the mandate). On November 9, 2016, the Appellee in *Bourne Valley* filed a Motion to Stay the Mandate. *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, No. 15-15233 (9th Cir. 2016) (ECF No. 72-1). This Motion indicated that the Appellee in *Bourne Valley* will be filing a Petition for a Writ of Certiorari. *Id.* at 1:introductory¶ (Appellee "hereby moves to stay the issuance of the mandate in the above-captioned action, pending the filing and disposition of a petition for a writ of certiorari."), 1:¶2, 2:¶3(a), 3:¶3(b) ("Bourne Valley will not be seeking

/ / /
/ / /
/ / /
/ / /
/ / /

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -

certiorari merely for delay."), 4:¶4, 5:¶4. As a result, the denial of rehearing in *Bourne Valley* does not moot the Joint Motion to Stay [ECF No. 42] because "all appeals in *Bourne Valley*" have yet to be resolved. The practical considerations that animate *Landis v. N. Am. Co.*, 299 U.S. 248 (1936) are still in play, and inform this Court's discretion over whether to stay "litigation pending the resolution of all appeals in *Bourne Valley*." ECF No. 42, 3:7-8. The Joint Motion is not moot.

DATED November 16, 2016.

**KIM GILBERT EBRON**

*/s/ Jacqueline Gilbert*
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
KAREN L. HANKS, ESQ.
Nevada Bar No. 957
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **Response,** to the following parties:

Allison R. Schmidt, Esq.
allison.schmidt@akerman.com
Tenesa S. Scaturro, Esq.
tenesa.scaturro@akerman.com
Melanie D. Morgan, Esq.
melanie.morgan@akerman.com
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

Robert L. English, Esq.
renglish@amfam.com
AMERICAN FAMILY MUTUAL INSURANCE CO.
6750 Via Austi Parkway, Suite 310
Las Vegas, NV 89119
*Attorney for Desert Pine Villas Homeowners Association*

Steven T. Loizzi, Jr., Esq.
steve@alessikoenig.com
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
*Attorney for Alessi & Koenig, LLC*

　　　　　　　　　　　　　　　　　　　　　*/s/ Jacqueline A. Gilbert*
　　　　　　　　　　　　　　　　　　　　　An employee of Kim Gilbert Ebron

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301