# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

vs.

DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No. 2:16-cv-00725-JCM-NJK

ORDER

Pending before the Court is Plaintiff's motion for protective order. Docket No. 46. Defendant SFR filed a response, and Plaintiff filed a reply. Docket Nos. 55, 56.

Between the time Defendant filed its response and Plaintiff filed its reply, the Ninth Circuit denied the *Bourne Valley* petition for rehearing. *See* Docket No. 56 at 2. Plaintiff discusses the impact of this denial in its reply. *See genly*. Docket No. 56. No later than December 12, 2016, Defendant SFR may file a sur-reply addressing only the arguments raised by Plaintiff in its reply regarding the denial of the *Bourne Valley* petition for rehearing.

IT IS SO ORDERED.

DATED: December 5, 2016

               _____
               NANCY J. KOPPE
               United States Magistrate Judge