# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | Case No. 2:16-cv-00725-JCM-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 75) |
| DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is the parties' stipulation to stay the instant case due to Defendant Alessi & Koenig, LLC's bankruptcy. Docket No. 75. The parties wish to stay this case in its entirety. *Id.* at 2. The bankruptcy stay only applies to Defendant Alessi & Koenig. Moreover, the parties fail to address the relevant standards for a stay. *See, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936). Accordingly, the parties' stipulation to stay, Docket No. 75, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge