UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00725-JCM-NJK<br><br>ORDER<br><br><br>(Docket No. 81) |

　　　Pending before the Court is a stipulation to stay litigation pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court  Docket No. 81.  The Court is aware of those proceedings.  The United States District Judge assigned to this case is continuing to process this type of case.  Accordingly, the joint motion to stay litigation is DENIED.

　　　IT IS SO ORDERED.

　　　DATED: March 24, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge