UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BANK OF AMERICA, N.A., | Case No. 2:16-CV-725 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DESERT PINES VILLAS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court are the second joint motion to extend time for SFR Investments Pool 1, LLC ("SFR") to respond to Bank of America, N.A.'s ("BANA") September 27, 2016, motion for summary judgment (ECF No. 78) and the first stipulation for an extension of time for BANA to respond to SFR's March 14, 2017, motion for summary judgment (ECF No. 83).

Both submissions are based on an apparent concern about whether the deposition of a Federal Rule of Civil Procedure 30(b)(6) witness is prevented by Alessi & Koenig, LLC's bankruptcy stay. *See* (ECF Nos. 78, 83). Both filings present only an inadequate and vague discussion of how the bankruptcy stay affects a party's ability to depose a witness in this case. *See* (ECF Nos. 78, 83).

Therefore, good cause is not met for either request. *See* Fed. R. Civ. P. 6(b).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the second joint motion to extend time (ECF No. 78) be, and the same hereby is, DENIED, without prejudice.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1          IT IS FURTHER ORDERED that the first stipulation for extension of time (ECF No. 83)
2   be, and the same hereby is, DENIED, without prejudice.
3          DATED March 28, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -