1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGELegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGELegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGELegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9           **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11  BANK OF AMERICA, N.A., SUCCESSOR          Case No.:  2:16-cv-00725-JCM-NJK
    BY MERGER TO BAC HOME LOANS
12  SERVICING, LP FKA COUNTRYWIDE            **STIPULATION AND ORDER TO**
    HOME LOANS SERVICING, LP,                **EXTEND TIME FOR THE PARTIES TO**
13                                            **SUBMIT REPLIES IN SUPPORT OF**
                      Plaintiff,             **MOTIONS FOR SUMMARY JUDGMENT**
14  vs.                                      **[ECF NOS. 41, 79, 80, 85, AND 86]**

15  DESERT PINE VILLAS HOMEOWNERS            **(FIRST REQUEST FOR REPLIES)**
    ASOCIATION; SFR INVESTMENTS POOL
16  1, LLC; and ALESSI & KOENIG, LLC,

17                      Defendants.

18  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
19
                        Counter/Cross-Claimant,
20  vs.

21  BANK OF AMERICA, N.A., SUCCESSOR
    BY MERGER TO BAC HOME LOANS
22  SERVICING, LP FKA COUNTRYWIDE
    HOME LOANS SERVICING, LP; and JANET
23  ROBITAILLE, an individual,

24                      Counter/Cross-Defendants.

25

26       Defendant SFR INVESTMENTS POOL 1, LLC ("SFR"), Defendant DESERT PINE

27  VILLAS HOMEOWNERS ASSOCIATION (the "Association"), and Plaintiff BANK OF

28  AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA

COUNTRYWIDE HOME LOANS SERVICING, LP ("BANA")[1] hereby stipulate and agree to extend the time for the parties to reply to the responses to motions for summary judgment as follows: submit this joint motion to extend the time for SFR to respond to BANA's Response to SFR's Motion for Summary Judgment [ECF No. 85] filed on April 4, 2017 and to extend the time for BANA to respond to SFR's Response to BANA's Motion for Summary Judgment filed on April 4, 2017 [ECF No. 86] as outlined below. The current response due date is April 18, 2017.

1. This lawsuit involves the parties seeking quiet title/declaratory relief and other claims related to a non-judicial homeowner's association foreclosure sale conducted on a Property pursuant to NRS 116.

2. BANA filed its motion for summary judgment on September 27, 2016. [ECF No. 41.]

3. SFR filed its motion for partial summary judgment on December 22, 2016. [ECF No. 69.] BANA filed its response to the motion for partial summary judgment on January 11, 2017. [ECF No. 71.] SFR's reply in support of its motion for partial summary judgment was filed on January 25, 2017. [ECF No. 74.]

4. SFR filed its motion for summary judgment on March 15, 2017. [ECF No. 79.] The Association filed a joinder to SFR's motion on March 20, 2017. [ECF No. 80.]

5. After a number of motions and stipulations for stay or extensions of time based primarily on the December 13, 2016 bankruptcy filed by Alessi & Koenig, LLC, which were denied by this Court,[2] the parties filed their responses to the cross-motions for summary judgment on April 4, 2017 (by BANA) [ECF No. 85] and April 5, 2017 (by SFR) [ECF No. 86].

6. The replies in support of SFR's motion for summary judgment are currently due on April 18, 2017 and the reply in support of BANA's motion for summary judgment is currently due on April 19, 2017.

---

[1] Herein, "the Bank" refers to BANA, any predecessors in interest to the First Deed of Trust, as well as any agents acting on behalf of these entities, including but not limited to servicers, trustees and nominee beneficiaries.

[2] See ECF Nos. 42 and 72; ECF Nos. 75 and 77; ECF Nos. 78, 83 and 84. See also ECF Nos. 81 and 82 (stipulation to stay litigation pending resolution of petition for writ of certiorari in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 16-1208.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

7.      None of the motions or stipulations referenced in ¶ 5 and n.2 were specifically directed at the reply briefs in support of the cross-motions for summary judgment which are the subject of this stipulation.

8.      Undersigned counsel for SFR represented to counsel for BANA and the Association that on April 6, 2017, one of attorneys from Kim Gilbert Ebron ("KGE") assigned to the case on behalf of SFR was involved in a debilitating automobile accident, resulting in protracted absence from the firm.  It is yet unclear as to when the attorney will have the capacity to return to work full-time and her workload is being reassigned.

9.      Due to the foregoing, the Parties request additional time to submit their replies in support of their motions for summary judgment.  This will allow SFR to either re-assign the case to a different attorney or allow for the return of the attorney originally assigned. Additionally it will allow BANA to file its reply contemporaneously with SFR's reply, and therefore not prejudice any party.

10.     The parties hereby respectfully request that the deadline for their respective replies and joinders be extended to May 2, 2017 due to this unforeseeable accident.

///
///
///
///
///
///
///
///
///
///
///
///

11.     This request is not meant for purposes of delay or prejudice but to allow SFR to re-assign and fully brief any issues raised in BANA's motion.

Dated this  17th  day of April, 2017.

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| */s/Jacqueline A. Gilbert*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: 702-485-3300<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Phone: 702-634-5000<br><br>*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |
| */s/Tanika M. Capers*<br>TANIKA M. CAPERS, ESQ.<br>Nevada Bar No. 10867<br>6750 Via Austi Parkway, Suite 310<br>Las Vegas, Nevada 89119<br><br>*Attorney for* Desert Pine Villas Homeowners Association | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 18, 2017_____

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this   17th   day of April, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO SUBMIT REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 41, 79, 85, AND 86] (FIRST REQUEST FOR REPLIES)** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Darren T. Brenner, Esq.
Tenesa S. Scaturro, Esq.
Melanie D. Morgan, Esq.
Akerman LLP
E-Mail: darren.brenner@akerman.com
        tenesa.scaturro@akerman.com
        melanie.morgan@akerman.com
*Attorney for Plaintiff/Counter-Defendant,*
*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

Allison R. Schmidt, Esq.
Allison R. Schmidt Esq. LLC
E-Mail: allisonschmidtesq@gmail.com
*Attorney for Plaintiff/Counter-Defendant,*
*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

Robert L. English, Esq.
American Family Mutual Insurance Company
E-Mail: renglish@amfam.com; ameacham@amfam.com; vdowning@amfam.com
*Attorney for Defendant,*
*Desert Pine Villas Homeowners Association*

Steven T. Loizzi, Jr., Esq.
E-Mail: steve@nrs116.com
*Attorney for Defendant,*
*Alessi & Koenig, LLC*

                    */s/Jacqueline A. Gilbert*
                    an employee of KIM GILBERT EBRON