UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff(s),<br><br>v.<br><br>DESERT PINES VILLAS HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-725 JCM (NJK)<br><br>ORDER |

Presently before the court is a stipulation and order to extend time for SFR Investments Pool 1, LLC ("SFR") to file a motion for summary judgment. (ECF No. 59). Thereafter, SFR filed its motion for summary judgment (ECF No. 79), which was granted by this court on July 6, 2017. (ECF No. 95).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the instant stipulation (ECF No. 59) be, and the same hereby is, DENIED as moot.

DATED August 1, 2017.

UNITED STATES DISTRICT JUDGE